**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*[ELECTRONICALLY FILED]*

| | |
|---|---|
| NASHAYLA JONES, et al. | ) |
| | ) **CIVIL ACTION NO.:** |
| v. | ) 3:18-cv-265-RGJ-CHL |
| | ) |
| LOUISVILLE /JEFFERSON COUNTY | ) |
| METRO GOVERNMENT, et al. | ) |

\*\*\*\*\*
**NOTICE OF CHANGE OF LAW FIRM NAME**

Please take notice that undersigned counsel has formed a business organization, Hoerter Law PLLC, and is no longer associated with the firm of Coleman, Roles & Associates, PLLC. Undersigned counsel will substitute "Hoerter Law PLLC" in his signature block and has adopted new letterhead. All contact information, including email address, telephone and fax numbers, as well as mailing address will remain the same: 1009 South Fourth Street; Louisville, KY 40203; telephone (502) 584-8583; fax (502) 584-1826; cjr.hoerter@gmail.com.

Date: March 26, 2021                                        Respectfully submitted,

/s/ Christopher J. Hoerter
Christopher J. Hoerter
Hoerter Law PLLC
1009 South Fourth Street
Louisville, KY 40203
T (502) 584-8583
F (502) 584-1826
cjr.hoerter@gmail.com
*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    This hereby certifies that the foregoing Notice of Change of Law Firm Name was filed via CM/ECF and served on all counsel of record on March 26, 2021.

                                        /s/ Christopher J. Hoerter