**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*[ELECTRONICALLY FILED]*

| | |
|---|---|
| NASHAYLA JONES, et al. | ) |
| | ) **CIVIL ACTION NO.:** |
| v. | ) 3:18-cv-265-RGJ-CHL |
| | ) |
| LOUISVILLE /JEFFERSON COUNTY | ) |
| METRO GOVERNMENT, et al. | ) |

\*\*\*\*\*

**NOTICE OF ISSUANCE OF SUBPOENA *DUCES TECUM* ON**
**U.S. DRUG ENFORCEMENT ADMINISTRATION**

Come the Plaintiffs, by counsel, and, pursuant to Federal Rule of Civil Procedure

45(a)(2)-(4), hereby serve notice of the issuance of the attached subpoena *duces tecum* on

the United States Drug Enforcement Administration Louisville Office – Special Agent in

Charge, J. Todd Scott.

Date: March 26, 2021                    Respectfully submitted,


/s/ Christopher J. Hoerter
Christopher J. Hoerter
Hoerter Law PLLC
1009 South Fourth Street
Louisville, KY 40203
T (502) 584-8583
F (502) 584-1826
cjr.hoerter@gmail.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This hereby certifies that the foregoing Notice of Issuance of Subpoena *Duces*

*Tecum* with attachments, said Subpoena, Schedule A, Supplement to Schedule A, and

Schedule B, were electronically filed through CM/ECF and served on all parties of

record, on March 26, 2021.

/s/ Christopher J. Hoerter