# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Jihad Hagg

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 4/27/2017

**DIVISION/DISTRICT OFFICE**

Detroit/LDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Black Samsung Tablet - Basement Bd Dresser | |
| 1 | White & Pink iPhone 7 - Bsmt Bd Dresser | |
| 1 | Documents - White Dodge Journey | |
| 1 | Blk iPod - White Chevy Silverado | |
| 1 | White LG Phone - White Chevy Silverado | |
| 1 | Documents - White Chevy Silverado | |
| 1 | Documents - Basement Bedroom Dresser | |
| 1 | 2 extended Gun magazines - Bedroom Basement | |
| 1 | Blk iPad - Bedroom Main Floor | |
| 1 | White iPad - Bedroom Main Floor | |
| 1 | White iPhone 6 - Bedroom Main Floor | |
| 1 | Silver LG Phone - Bedroom Main Floor | |
| 1 | Silver Samsung S6 iPhone - Kitchen Counter | |
| 1 | White Samsung Phone - Kitchen Counter | |
| 1 | Black Nokia Phone - Kitchen Drawer | |
| 1 | White iPhone x - Kitchen Drawer | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** SA Andrew Smith

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)** Jennifer Travis

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Jihad Hagg

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 4/27/2017

DIVISION/DISTRICT OFFICE

Detroit/LDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Security Camera DVR & Power Cord - Basement Bedroom | |
| 1 | Documents - Dining Room | |
| 1 | Black Samsung S8 - Dining Room | |
| 1 | Black Samsung - Dining Room | |
| 1 | Silver Samsung S7 - Dining Room | |
| 1 | White LG Phone - Dining Room | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type): SA Andrew Smith

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type): Jennifer Traud

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Jihad Hagg

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 4-27-17

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Cash found in Basement Bedroom Bed & Dresser area S00609538 | Evidence |
| | /s/ Jihad Hagg | |
| | Nothing to Follow | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
TFO Wesley Parks

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
TFO William Atteberry

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

Jihad Hagg

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 4-27-17

**DIVISION/DISTRICT OFFICE**

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Cash found in Basement Bedroom Closet  5000609542  /s/ Jihad Hagg  Nothing to Follow | Evidence |

**RECEIVED BY (Signature)** [signature]

**NAME AND TITLE (Print or Type)** TFO Wesley Parks

**WITNESSED BY (Signature)** [signature] TFO

**NAME AND TITLE (Print or Type)** TFO William Atherly

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version