*****
## SCHEDULE B
## TO SUBPOENA *DUCES TECUM*
## ON UNITED STATES DRUG ENFORCEMENT ADMINISTRATION

1. Complete file of any Drug Enforcement Administration Office of Professional Responsibility investigation into allegations of misconduct involving any DEA employee, which were made by Nashayla Jones;

2. Transcript(s) of statement(s) or testimony given by Nashayla Jones during the course of any Drug Enforcement Administration Office of Professional Responsibility investigation into allegations of misconduct involving a DEA employee;

3. Wearable video system (WVS) or body camera footage recorded on April 27, 2017, by any Louisville Metro Police Officers, including the Defendants, or LMPD/DEA Joint Task Force personnel, who entered the residence located at 6725 Strawberry Lane, Louisville, Kentucky 40214.

4. Recordings of any radio transmissions between any Louisville Metro Police Officers, including the Defendants, or LMPD/DEA Joint Task Force personnel that occurred on April 27, 2017 at 6725 Strawberry Lane, Louisville, Kentucky 40214.

5. All photographs of Nashayla Jones, Nascyauni Jones, and Nakareon Jones taken on April 27, 2017;

6. All photos of the home surveillance DVR/hard drive that was seized from 6725 Strawberry Lane, Louisville, Kentucky 40214; and

7. All photos of the Bunker Hill Security 4CH digital video recorder that was seized from 6725 Strawberry Lane, Louisville, Kentucky 40214