# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*[ELECTRONICALLY SERVED]*

NASHAYLA JONES, et al.                                )
                                                      ) **CIVIL ACTION NO.:**
                                                      ) 3:18-cv-265-RGJ-CHL
v.                                                    )
                                                      )
LOUISVILLE /JEFFERSON COUNTY                          )
METRO GOVERNMENT, et al.                              )

### PLAINTIFFS' JOINT SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

*****

### SUPPLEMENTAL RESPONSES TO INTERROGATORIES

19.     Identify each expert witness you intend to call at the trial of this action and for each such expert state the following: (a) the subject matter upon which the expert is expected to testify; (b) state the substance of the facts and opinions to which the expert is expected to testify; and (c) summarize the grounds for each opinion.

**RESPONSE:**

Matthew Greimel

Please see attached CV.


1.      The dog was not a threat ("cowering" and "tiptoeing" past two operators, not attacking or going after any officer, ran away from the flash bang, was a service animal and was only going to aid his owner who was in distress/yelling). According to Federal, Kentucky, and LMPD guidelines, no use of deadly force is authorized.

2.    By shooting at the dog (who was not a threat), Seymour was possibly endangering the girl, officers, or anyone else in the structure or outside (bullets travel through walls).

3.    According to LMPD guidelines, since Seymour hasn't qualified in over a year (he must qualify twice a year), he must do remedial work and/or qualify to be authorized to carry the firearm.

4.    Flash bang deployment does not control animals. It will cause the animal to go into a fight-or-flight state of mind. This would make an animal run or attack. The dog was not a threat when the flash bang was deployed, and the deployment could actually make the dog a threat and attack Seymour, or run and hide somewhere, making the dog an unknown threat.

5.    The flash bang was not deployed according to all accepted tactical guidelines (NEVER deploy a flash bang in the immediate vicinity of any member of the entry team). The flash bang was deployed a few feet from an officer (or officers), actually causing Seymour temporary blindness (disorientation) which could put his or any other disoriented officer's life in danger from the dog (if it decided to attack - which it did not) or any hidden threat (person hiding with a gun). The deployment of the flash bang actually put officers' lives in danger.

6.    Cobb deployed a flash bang by Seymour's order in an effort to control the dog, but in his After Action Report, Cobb states, "I used a dog pole to move a large pit bull from a first floor bedroom to the backyard pen." A dog pole is an

2

appropriate device to use for animal control, and since Cobb used it on a second family pet, he should have used the dog pole instead of a flash bang to control the dog that was killed.

7.  In an operational plan for a SWAT operation, there should be a section:

A.  Containing information about who might be in the structure (besides suspects, there should be mention of women, children, infants, elderly, handicapped individuals - police are supposed to 'protect and serve' and should be mindful of certain individuals who are more susceptible to being injured by police action, as well as individuals who are likely to injure them).

B.  Besides people in the structure, any information about dogs or potentially dangerous animals should be listed.  If there are any dogs (or possible dangerous animal) identified, an officer or officers should be assigned to handle the possible threat and given the appropriate gear to handle this (i.e. a dog pole or cage or other control device).

## SUPPLEMENTAL RESPONSES TO REQUESTS
## FOR PRODUCTION OF DOCUMENTS

7.  A curriculum vitae for each person you intend to call as an expert witness at trial.

**RESPONSE:** Please see supplemental response to Interrogatory No. 19.

Date: July 15, 2022                              Respectfully submitted,


                                                 /s/ Christopher J. Hoerter
                                                 Christopher J. Hoerter
                                                 Hoerter Law PLLC
                                                 1009 South Fourth Street
                                                 Louisville, KY 40203-3226
                                                 T (502) 584-8583
                                                 F (502) 584-1826
                                                 cjr.hoerter@gmail.com
                                                 *Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

This hereby certifies that the foregoing Plaintiffs' Joint Supplemental Responses

to the Defendants' First Set of Interrogatories and Requests for Production were

electronically served on the following on July 15, 2022.


Susan K. Rivera Susan.Rivera@louisvilleky.gov
Andrew Miller  andrew.miller@louisvilleky.gov
Peter F. Ervin   Peter.ervin@louisvilleky.gov
Assistant Jefferson County Attorneys
200 S. Fifth Street, Suite 300N
Louisville, KY  40202
(502) 574-3076
*Counsel for Defendants*


                                                 /s/ Christopher J. Hoerter

4

**Matthew C. Greimel**

**MattGreimel513@gmail.com**

**(973) 493-2909**

**Education:**

- BA, Psychology, Rutgers University, Newark, NJ 07102, 1997
- Police Training Commission (PTC) Certification, Newark Police Academy, 2001
- Basic Agent, Drug Enforcement Administration (DEA) Academy, 2005-2006

**Work Experience:**

*November 2018 to present:* **Law Enforcement Expert Witness**

- Expert Witness in many areas of international and domestic law enforcement (state/local/county/federal) with extensive trial experience.  My expertise is in the following areas;
Active Shooter Response and Training, Background Checks, Behavior Under Stress, Body Armor, Reading Body Language, Cell Phone Forensics, Counter-surveillance, Counterterrorism, Court Security, Criminology & Police Activities, Crisis Intervention, Crowd Control, Deadly Force, DEA, Drug Abuse, Drug Enforcement, Drug Identification, Drug Investigations (Domestic and International), Drug Trafficking and Smuggling (external and internal body carry, boats, submarines, planes, secreted), Electronic Surveillance (wiretaps, gps trackers, covert body wires), Emergency Management Programs, Emergency Response Planning, Evidence Recovery, Executive Protection, FBI, Federal Law Enforcement, Federal Statutes Laws & Regulations (specifically Title 21), Firearms, Firearms Training, Firearms Trafficking (Domestic and International), Firing Range Safety, Fugitive Apprehension (Domestic and International), Gangs (street gangs, Central and South American gangs, Eastern European Gangs, International Gangs and Organized Crime), Gang Intimidation and Violence, Government Top Secret Clearance, Hidden Assets Investigation, Hidden Compartments in Vehicles, Informants, Intelligence, International Investigations, International Security, Interrogations, Money Laundering (Domestic and International), Narcotics, Narco-Terrorism, Organized Crime, Patriot Act Compliance, Pepper Spray (Use/Effects/Training), Pharmaceutical Diversion, Police Defensive Tactics Instructor, Police Ethics, Police Firearms Instructor, Police Instructor, Police Job Fitness, Police Procedures, Police Recruit Selection and Training, Police Tactics, Police Use of Force, Police Use and Application of Restraints, Pursuits, Search Warrants (person, vehicle and building), Surveillance, SWAT, Special Response Team, School Security, Terrorism, Threat Investigation, Undercover Operations, Warrant Serving, Wiretapping (Domestic and International), Witness

*September 2005 to November 2018:* **DEA Special Agent and Supervisor**, Drug Enforcement Administration, NJ

- Primary responsibility is to make arrests and seize assets relative to federal level drug investigations, targeting narco-terrorists, gangs and other violent drug trafficking organizations and individuals.  Assist in the prosecution of those arrested individuals in an effort to obtain a federal conviction.
- Member and supervisor of several multi-level law enforcement task forces that targeted violent drug/gang organizations (HIDTA Task Forces, Mobile Enforcement Team, High Impact Team, Cease Fire, Newark Gang Investigations, and the Newark Violence Reduction Task Force).  These task forces made large impacts into the violence in the targeted areas where they were deployed saving lives.
- Special Agent and Acting Group Supervisor – Asset Removal Group – in charge of overseeing the investigation, prosecution and adjudication of all criminal assets in the NJ Division of the DEA
- Member and supervisor of the DEA, NJ Division Special Response Team (SRT), firearms instructor, tactical/raids instructor, member of the trauma team.

- Class counselor and instructor for Basic Agent Class 201 at the DEA Academy in Quantico, VA.
- DEA designee and team leader for Special Agent personnel to provide law enforcement assistance during a domestic national disaster (pursuant to Emergency Support Function – 13 of the National Response Framework)
- Awarded 12 times for outstanding performance and for leading significant investigations, received the US Attorney District of New Jersey Award for outstanding investigation (first DEA Agent to receive this award), and two commendations from the NJ Narcotics Enforcement Officers Association for heading extremely impactful investigations against violent organizations .

*August 2001 to September 2005*: **Police Officer / Detective**, Newark Police Department, Newark, NJ

- Newark Police Academy (August 2001 to December 2001)
    - Academy Platoon Leader responsible for 60 recruits.  Received the Instructors Award
- Patrol Division – East District (December 2001 to March 2004)
    - Uniformed patrol, uniformed crime suppression and plain clothes street crimes / anti-crime
    - Captain of the Newark team that participated on the NBC Today Show's "America's Bravest and Finest" national competition – National Semi-Finalist
- Neighborhood Enforcement Stabilization Task Force (March 2004 to APRIL 2004)
    - Targeted the most violent, crime ridden areas in the City of Newark
- Criminal Investigations Bureau (April 2004 to September 2005)
    - Promoted to Detective and assigned to the Drug Enforcement Administration
- Received the following awards: Approximately 50 Command Citations for excellent police work, Commendation from the Chief of Police for Professionalism, FOP Honor Award for outstanding police work, Several Departmental Awards for excellent police duty, and a Newark Municipal Resolution/Commendation for Heroism.   9/11 Award for responding to Ground Zero after the September 11, 2001 terrorist attacks.

*January 2000 to August 2001:* **Deputy Director/Deputy Coordinator OEM/P.I.O**, Newark Fire Department

- Represent the Newark Fire Department and the Office of Emergency Management to the news media, federal/state/county/municipal agencies, private and public organizations
- Coordinate and supervise multi-agency response to all major life and health threatening incidents
- Member of the Metropolitan Medical Response Committee – developed medical response plans to Weapons of Mass Destruction (WMD)/terrorist attacks, determine possible targets of attack and create proactive measures to limit loss of life
- Received Counter-Terrorism Education from the National Sheriff's Association (Managing WMD Incidents, An Executive Level Program for Sheriffs
- Completed Incident Command 300 (highest level of incident command) – managing the response to major events such as terrorist Incidents, WMD incidents and natural disasters

*July 1998 to January 2000:* **Assistant Deputy Director/Administrative Officer/Police Spokesman**, Newark Police Department

- Represent the Newark Police Department to the news media, federal/state/county/municipal agencies, private and public organizations
- Assist in the creation and supervision of community orientated crime prevention programs within the NPD Department of Community Affairs
- Assisted in the creation, instituting and restructuring of the following programs; Newark Police-Clergy Alliance, Drug Abuse Resistance Education (DARE) Program and the Police Explorers Program
- Assisted in the restructuring and reorganization of the Department of Public Relations and Community Affairs (Assistant Deputy Director of the Department)

- Represent the Police Director's Office at the Criminal Investigation Division meetings, Command Status Conferences, Crime Reduction Task Force Meetings and Y2K Meetings
- Handle critical and confidential special assignments from the Police Director
- Member/Leader of the Emergency Response Committee – developed disaster plans and proactive measures to ensure that the City of Newark is prepared for any catastrophe
- Trained by the Department of Defense for Domestic Preparedness for Nuclear, Biological and Chemical Weapons Terrorist Attacks (Awareness, Operations and Incident Command)
- Received the Appreciation Award from the Criminal Investigations Division for outstanding work at a homicide scene

*May 1997 to July 1998:* **Mayor's Aide,** Mayor's Office, City of Newark

- Liaison between the Mayor, the public and various governmental agencies
- Oversea and Newark Police and Fire Departments on behalf of the Mayor
- Resolve any significant issues or problems brought to the Mayor's attention
- Assist the Mayor in the formulation of effective policies and procedures in regards to the operation of municipal government

**Supplementary Information:**
- Hold a Top Secret Clearance
- Trained by the Spartan Group in Dignitary Protection
- Volunteer for several charity organizations