# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | | |
|---|---|---|
| NASHAYLA JONES, *et al.* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | NO. 3:18-CV-265-RGJ-CHL |
| | ) | |
| LOUISVILLE/JEFFERSON COUNTY | ) | |
| METRO GOVERNMENT, *et al.* | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' EXPERT WITNESS DISCLOSURES

Come the Defendants, Sergeant Thomas Schardein, Officer Jeremy Boehnlein, Officer Aaron Browning, Officer John Casse, Officer P. Cobb, Officer Vadim Dale, Officer Mark Granholm, Officer Brandon Hogan, Officer M. King, Officer David Ledbetter, Officer Shannon Parks, Officer Luke Phan, Officer Christopher Priel, Officer Anthony Roberts, Officer Brent Routzahn, Officer John Seymour, Officer Scott Walker, Officer Daniel Weedman, Officer Chris Wells, and Officer Daniel Zummach, by counsel, and pursuant to this Court's Order dated January 12, 2023 (DN 133) and FRCP 26(a)(2) hereby submits the Defendants' Expert Witness Disclosure along with two (2) proposed dates for the expert's deposition within thirty (30) days of this filing.

1. Sergeant Christopher G. Eklund
   Orange County, Florida Sheriff's Office
   SWAT Training Coordinator
   SWAT Team 2, Team Leader
   Florida SWAT Association – President

**Available Dates for Deposition**:

Sergeant Eklund will be available for a deposition in this case on the afternoon of March 22, 2023, or anytime on March 27, 2023.

**Subject Matter on Which the Witness is Expected to Present Evidence**:

Sergeant Eklund will present evidence and opinion testimony on proper SWAT team tactics and techniques, and will testify that the techniques and actions performed by the SWAT team in question in this case on April 27, 2017 were proper and appropriate under the circumstances encountered, and that the SWAT team acted properly and appropriately in the progression of actions taken against the dog (pit bull) that was located in the Plaintiffs' residence on that date.

**Expert Witness Qualification**:

Sergeant Eklund has been a member of the Orange County, Florida Sheriff's Office SWAT team since 2002. Since 2002, he has been involved in approximately 2,000 SWAT team operations, and his team has been involved with over 3,500 SWAT Team Search Warrant Operations. He has a Bachelor of Science degree from the University of Massachusetts at Amherst (May 1995), and is currently working on a Master of Science degree, Organizational Leadership at the University of Southern New Hampshire. He completed the National Tactical Officers Association Leadership Command College for Credible Leadership Development in November 2017 through October 2020. He has served in the United States Army National Guard. He has served as SWAT Team Leader and Team Training Coordinator from September 2014 to present. The full list of Sergeant Eklund's Professional Affiliations, Awards, Certification of Courses Attended, Training, Work History and Education is contained on his resume attached hereto as "Exhibit A"

**Facts, Data and Exhibits Reviewed by the Witness:**

The opinions offered by Sergeant Eklund are based on his education, training, professional experience and his review of deposition testimony in this case, more specifically being that of Deputy John Seymour and the exhibits to his deposition, and that of Officer Vadim Dale, and the exhibits attached to his deposition, and that of Sergeant Thomas Shardein and the exhibits to his deposition.

**List of Other Cases in which, during the previous 4 years, the Witness testified as an Expert at Trial or by Depositions**:

Sergeant Eklund has not testified as an expert witness at trial or by deposition within the last 4 years.

2

**<u>Summary of the Facts and Opinions to which the Witness is expected to Testify</u>:**

Sergeant Eklund is expected to testify that there is no evidence or basis to state or conclude that the Plaintiffs' dog (pit bull) was recklessly or maliciously shot at the time of the LMPD SWAT Team's high risk search warrant operation on April 27, 2017. The SWAT Team acted with reasonable expectations in conducting this operation. The SWAT Team sought to secure and make the residence safe for all persons for the furtherance of the investigation. On April 27, 2017, these goals and objectives were accomplished. The Plaintiffs' dog was encountered during this operation and constituted a threat to accomplishing these goals and objectives, which are crucial to the operation of the SWAT Team.

On April 27, 2017, members of the LMPD SWAT Team on site encountered a dog (pit bull) that was acting viciously. When Deputy Seymour encountered the dog in the kitchen of the residence, the dog prevented the Team from proceeding to secure the area. At this point, Deputy Seymour went through a progression of actions to try to remove the dog from the area, including (1) yelling at the dog, (2) calling for the deployment of a "noise flash diversionary device" ("NFDD") in an attempt to cause the dog to flee the area, and (when these measures failed) (3) upon receiving advice from a fellow SWAT Team member (Hogan), then fired one shot, ultimately killing the dog. Deputy Seymour had served on many SWAT Team operations during his career and in that course of time, had only killed two (2) dogs -- one of which was killed while Deputy Seymour was conducting other duties for the LMPD. He clearly sought to avoid taking this action. He himself is a dog owner.

The shooting of the dog took place where there were no other persons that were situated in the direction of the shot being fired, and no persons at this residence were injured or harmed. On the date in question, only Deputy Seymour and Sergeant Hogan of the SWAT Team had the clearest view of the dog. The Plaintiff, Nashayla Jones, was not present with the dog at this time. In this case, when the dog acted viciously to approaching SWAT Team members who were seeking to safely secure the site, and did not give its ground to commands and shouts, and ultimately to an NFDD deployed close to the dog, it left no reasonably available alternative – in real time - to shooting the dog. SWAT Team operations depend on efficiency of movement. Efficiently, properly and safely securing the residence is very important to both the persons who are present at the residence and the members of the SWAT Team.

/s/ Sgt. Christopher G. Eklund (w/ permission)
Sergeant Christopher G. Eklund
(counsel will have the actual signed disclosure available)

Date: February 28, 2023

3

Respectfully submitted,

/s/ James M. Gary
James M. Gary
Seiller Waterman, LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, Kentucky 40202
Direct dial: (502) 371-3538
Office dial: (502) 584-7400
*jgary@derbycitylaw.com*
*jgary@weberrose.com*

**Counsel for Defendants**

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy hereof was filed with the Clerk of the Court via the Court's CM/ECF/Pacer System, which will send electronic notification of such filing to the individuals listed for each party named in the above-styled case, and that a courtesy copy of same was emailed to Shaun A. Wimberly, Sr. on this 28th day of February, 2023.

/s/ James M. Gary
James M. Gary

# Exhibit A

## SERGEANT CHRISTOPHER G. EKLUND
Phone: (407)466-1931 : Email: chris.eklund@ocfl.net

### EDUCATION:
**University of Massachusetts at Amherst – Bachelor of Science degree, Exercise Science** – Graduated May 1995
**University of Southern New Hampshire – Master of Science degree, Organizational Leadership** – In progress

**National Tactical Officers Association Leadership Command College for Credible Leadership Development** – November 2017 – October 2020

    **Tactical Leadership** – Completed October 2018
    **Operational Leadership** – Completed December 2019
    **Strategic Leadership** – Completed October 2020

### EXPERIENCE:
**United States Army National Guard**
    *Massachusetts National Guard* – 1992 thru 1998    *Florida National Guard* – 1998 thru 2002
    - MOS 11B – Light Infantry Unit, Sergeant      - MOS 11H – TOW Missile Unit, Staff Sergeant

**Orange County Sheriff's Office**
    *Deputy Sheriff:*
    **Sector IV Patrol**, Midnight Shift – April 2000 thru April 2002
    **Field Training Officer** – July 2001 thru April 2002
    **Tactical Anti-Crime Unit**, Sector II – April 2002 thru October 2002
    **Special Investigations Division, Narcotics, Undercover** – October 2002 thru November 2006

    *Supervisor:*
    **Corporal – Uniform Patrol Division, Sector III Patrol, Midnight Shift** – November 2006 thru February 2008
    **Corporal – Crime Suppression Division, Narcotics, TIPS Squad** – February 2008 thru August 2008
    **Corporal - Special Operations Investigation Division, Undercover Drug Unit** – September 2008 thru May 2010
    **Sergeant – Uniform Patrol Division, Sector III Patrol, Midnight Shift** – May 2010 thru May 2011
    **Sergeant – Special Operations Division, Street Crimes, POPS East** – May 2011 thru September 2014
    **Sergeant – High Risk Incident Command/SWAT, Training Coordinator, Team Leader** – September 2014 – present

    *O.C.S.O. SWAT – May 2002 thru present*
    **Team Operator** – May 2002 – June 2008
       - Acted as utility team member on numerous high risk search warrants in all capacities
       - Performed team activities on a variety of full team callout scenarios
       - Fulfilled duties as immediate reaction team member on several dignitary details
    **Sniper** – October 2003 – present
       - Observed and reported activities at high risk SWAT response callouts while possessing the ability for highly accurate deadly force options, if necessary
       **\* Sniper Team Leader** – July 2013 - November 2016
       - Provide sniper coverage/observation on numerous high risk SWAT operations
       - Facilitate training for snipers on numerous related topics on a bi-weekly basis
    **Special Response Team** – May 2004 – June 2015
       - Responsible for tactical response to high risk incidents including threats of nuclear, Biological, and chemical threats. Service of search warrants suspected of methamphetamine manufacture
       **\* Assistant Team Leader** – October 2008 - September 2014
       **\* Team Leader** – September 2014 - September 2016
    **SWAT Assistant Team Leader** - June 2008 - September 2014
       - Plan and execute high risk warrant service, lead tactical elements for barricaded suspects, hostage rescue, quick reaction force
    **Team Training Coordinator** – September 2014 - present
       - Plan, coordinate and document Team training and maintain individual training records for SWAT related training
       - Schedule, facilitate, and instruct curriculum for two week OCSO Basic SWAT Seminar
       - Develop and implement tactical operations options
       - Oversee all instructor cadres for adherence to standard operating procedures

**SWAT Team Leader** – September 2014 - present
- Planned and successfully executed over two hundred-forty five high risk search warrants
- Lead and direct tactical elements on numerous full response SWAT Team callouts to include barricaded subjects, hostage rescue incidents, quick reaction force, and protection details.

*Instructor:*

OCSO Narcotics – Operational Tactics, Vehicle Takedowns, and Firearms

OCSO Basic Undercover Techniques

OCSO S.W.A.T. – Basic/Advanced S.W.A.T. Tactics, Hostage Rescue, Vehicle Takedowns, and Firearms

Move to Contact Instructor – Active Assailant Scenario Tactics and Rescue Task Force

Firearms Instructor – Basic/ Advanced Firearms Training, Adjunct Block Training Instructor

OCSO Diversionary Traffic Stops/Dynamic Vehicle Takedowns Instructor

Rappel Master – Basic/Advanced Rappelling Techniques, Rappel Master Certification

National Tactical Officers Association – Shoot house Safety and Operation, SWAT Team Leadership, Hostage Rescue, Tactical Mission Planning

Institute of Police Technology and Management – Basic S.W.A.T, Dynamic Vehicle Tactics, Hostage Rescue

Florida S.W.A.T. Association Instructor – CQB Tactics, Rappelling, Hostage Rescue, Firearms, Sniper, SWAT Team Leader,

National Tactical Officer's Association – Shoot house Instructor Certification, SWAT Team Leader Development, Hostage Rescue, Tactical Mission Planning

Arkansas Tactical Officer's Association – Sniper Tactics

S.W.A.T. Round-Up International – Hostage Rescue Tactics, Counter Sniper Optics Usage

Ohio Tactical Officer's Association – Sniper Tactics, High Risk Warrants

Terrorelharitasi Kozpont (Counterterrorism Center), Hungary – Hostage Rescue Tactics

Simunitions Scenario Instructor and Safety

Swift Action Victim Extraction (S.A.V.E) Instructor

O.C.S.O Entry Techniques / Building Searches

O.C.S.O Response to Active Assailant, Lone and 2-person and Rescue Task Force

Escambia County Sheriff's Office S.W.A.T. – Deliberate Search Warrant Entry Techniques

Guest Speaker, "Don't Wait, Save Lives" – National Association of School Security and Law Enforcement Officials

Central Florida Metro SWAT – Close Quarter Battle Tactics

Rescue Task Force Instructor

U.S. Department of State, Bureau of International Narcotics and Law Enforcement Affairs, Rabat, Morocco Multi-threat Assessor

## TRAINING:

Valencia C.C Law Enforcement Academy 2/2000 - Florida S.W.A.T Association Member 9/2000 - Tactical Bike School (L.E.B.A) 10/2000, O.C.S.O M-16 School 12/2000 - Advanced Report Writing 2/2001 - Narcotics Identification School 4/2001 - Tactical Command/Major Incident Solutions 5/2001 - Interviews and Interrogations 5/2001 - Field Training Officer 7/2001 - Boot Camp Drill Instructor 8/2001 - Search and Seizure 9/2001 - 16 hour Search Warrants 10/2001 - Terrorism Operational Response 3/2002 - O.C.S.O Basic S.W.A.T Seminar 4/2002 - Rave/Club Drug Awareness 4/2003 - Fla. Narcotics Officer Conference 5/2003 - High Risk Warrant Service 7/2003 - Cannabis Indoor Grow Operation 9/2003 - Carlos Hathcock Sniper School 10/2003-*Top Shooter* - Advanced Sniper Course 1/2004 - Rave and Club Drug Investigations 2/2004  - WMD Tactical Operations 5/2004 – NTOA Shoot house Instructor Certification Course 9/2004 - WMD Rad/Nuc Operations 3/2005 - CMS Firearms Instructor Certification Course 5/2005 - Waterborne Operations 6/2005 - Tactical Marksmanship Advanced Sniper Course 7/2006 - WMD Rad/Nuc Hazmat Tech 8/2006 - USDOJ Methamphetamine Investigations 10/2006 - Line Supervision 11/2006 - Suicide/Terrorist Bombing Threat Response 12/2006 - Rappel Master Certification 3/2007 - Dignitary Protection 9/2007 - Incident Command School 1/2009 - DEA Basic Narcotics Law Enforcement School 9/2009 - Tactical Leadership 8/2010 - .50 cal BMG Operators Course 9/2010 - Remington 870/700 Armorer 3/2011 -Glock Armorer 4/2011 - Simunition Scenario Instructor/Safety 8/2013 - Swift Action Victim Extraction Instructor Course 1/2014 - Tactical Team Leader Development 7/2014 - Sig Sauer Master Pistol/Rifle Course 1/2015 - Barrett M82A1/M107 .50 cal. Armorer 12/2015 - Tactical Fire Operations Course 4/2016 - Adams Arms Piston Rifle Armorer 4/2017 - SWAT Command Decision-Making and Leadership I 6/2017 - SWAT Command Decision-Making and Leadership II 8/2017 - Instructor Techniques 4/2018 - NTOA SWAT Team Leader 9/2018 - Training Management and Risk Mitigation 9/2018 - Field Command 10/2020 - Great to Magnus Leadership – 11/2022

## CERTIFICATION COURSES ATTENDED:

N.T.O.A. Shoothouse Instructor                              CMS Firearms Instructor

Rappel Master
Glock Handgun Armorer
Swift Action Victim Extraction Instructor
FDLE General Instructor

Remington Certified M870 and M700 Action Police Armorer
General Dynamics Simunition Scenario Instructor and Safety
Adams Arms Piston Rifle Armorer
Ultimate Training Munitions Law Enforcement Instructor

## AWARDS:

Award of Excellence (Dedication) – Florida S.W.A.T Association
Top Shooter Award – Carlos Hathcock Law Enforcement Sniper School
Unit Citation – POPS East Supervisor, Crime Prevention Tactics
Unit Citation – POPS East Supervisor, 2012 Presidential Details
Unit Citation – OCSO SWAT, 2015/2016 QRF Details
Certificate of Commendation – OCSO SWAT, 2012 Presidential Details
Member of SWAT Round-up International Competition Team Champions – 2007 and 2008

## PROFESSIONAL AFFILIATIONS:

**Florida S.W.A.T. Association –** Member, Instructor
   * Board of Directors – Vice President 08/2013 – 11/2015
                        President 11/2015 – present
   * SWAT Round-Up International Competition Committee – 01/2017 – present

**National Tactical Officer's Association** – Member, Instructor (SWAT Team Leader Development, Hostage Rescue, Tactical Mission Planning)
   * Tactical Response and Operation Standards Committee member, 2018 Edition and 2023 Edition

**Region V SWAT Subject Matter Expert for Regional Domestic Security Coordination Group,** 12/2016 – 1/2020
**Multi-jurisdictional Counterdrug Task Force Development Advisory Board member,** 6/2018 – present
**American Society for Testing and Materials Ballistic-resistant Shield Standards Specification Task group member,** 12/2020 – 8/2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

NASHAYLA JONES, *et al.*                    )
                                            )
                    Plaintiffs              )
                                            )
                                            )     NO. 3:18-CV-265-RGJ-CHL
v.                                          )
                                            )
LOUISVILLE/JEFFERSON COUNTY                 )
METRO GOVERNMENT, *et al.*                  )
                                            )
                    Defendants              )

## DEFENDANTS' EXPERT WITNESS DISCLOSURES

Come the Defendants, Sergeant Thomas Schardein, Officer Jeremy Boehnlein, Officer Aaron Browning, Officer John Casse, Officer P. Cobb, Officer Vadim Dale, Officer Mark Granholm, Officer Brandon Hogan, Officer M. King, Officer David Ledbetter, Officer Shannon Parks, Officer Luke Phan, Officer Christopher Priel, Officer Anthony Roberts, Officer Brent Routzahn, Officer John Seymour, Officer Scott Walker, Officer Daniel Weedman, Officer Chris Wells, and Officer Daniel Zummach, by counsel, and pursuant to this Court's Order dated January 12, 2023 (DN 133) and FRCP 26(a)(2) hereby submits the Defendants' Expert Witness Disclosure along with two (2) proposed dates for the expert's deposition within thirty (30) days of this filing.

1. Sergeant Christopher G. Eklund
   Orange County, Florida Sheriff's Office
   SWAT Training Coordinator
   SWAT Team 2, Team Leader
   Florida SWAT Association – President

**Available Dates for Deposition**:

Sergeant Eklund will be available for a deposition in this case on the afternoon of March 22, 2023, or anytime on March 27, 2023.

**Subject Matter on Which the Witness is Expected to Present Evidence**:

Sergeant Eklund will present evidence and opinion testimony on proper SWAT team tactics and techniques, and will testify that the techniques and actions performed by the SWAT team in question in this case on April 27, 2017 were proper and appropriate under the circumstances encountered, and that the SWAT team acted properly and appropriately in the progression of actions taken against the dog (pit bull) that was located in the Plaintiffs' residence on that date.

**Expert Witness Qualification**:

Sergeant Eklund has been a member of the Orange County, Florida Sheriff's Office SWAT team since 2002. Since 2002, he has been involved in approximately 2,000 SWAT team operations, and his team has been involved with over 3,500 SWAT Team Search Warrant Operations. He has a Bachelor of Science degree from the University of Massachusetts at Amherst (May 1995), and is currently working on a Master of Science degree, Organizational Leadership at the University of Southern New Hampshire. He completed the National Tactical Officers Association Leadership Command College for Credible Leadership Development in November 2017 through October 2020. He has served in the United States Army National Guard. He has served as SWAT Team Leader and Team Training Coordinator from September 2014 to present. The full list of Sergeant Eklund's Professional Affiliations, Awards, Certification of Courses Attended, Training, Work History and Education is contained on his resume attached hereto as "Exhibit A"

**Facts, Data and Exhibits Reviewed by the Witness:**

The opinions offered by Sergeant Eklund are based on his education, training, professional experience and his review of deposition testimony in this case, more specifically being that of Deputy John Seymour and the exhibits to his deposition, and that of Officer Vadim Dale, and the exhibits attached to his deposition, and that of Sergeant Thomas Shardein and the exhibits to his deposition.

**List of Other Cases in which, during the previous 4 years, the Witness testified as an Expert at Trial or by Depositions**:

Sergeant Eklund has not testified as an expert witness at trial or by deposition within the last 4 years.

2

**<u>Summary of the Facts and Opinions to which the Witness is expected to Testify</u>:**

Sergeant Eklund is expected to testify that there is no evidence or basis to state or conclude that the Plaintiffs' dog (pit bull) was recklessly or maliciously shot at the time of the LMPD SWAT Team's high risk search warrant operation on April 27, 2017. The SWAT Team acted with reasonable expectations in conducting this operation. The SWAT Team sought to secure and make the residence safe for all persons for the furtherance of the investigation. On April 27, 2017, these goals and objectives were accomplished. The Plaintiffs' dog was encountered during this operation and constituted a threat to accomplishing these goals and objectives, which are crucial to the operation of the SWAT Team.

On April 27, 2017, members of the LMPD SWAT Team on site encountered a dog (pit bull) that was acting viciously. When Deputy Seymour encountered the dog in the kitchen of the residence, the dog prevented the Team from proceeding to secure the area. At this point, Deputy Seymour went through a progression of actions to try to remove the dog from the area, including (1) yelling at the dog, (2) calling for the deployment of a "noise flash diversionary device" ("NFDD") in an attempt to cause the dog to flee the area, and (when these measures failed) (3) upon receiving advice from a fellow SWAT Team member (Hogan), then fired one shot, ultimately killing the dog. Deputy Seymour had served on many SWAT Team operations during his career and in that course of time, had only killed two (2) dogs – one of which was killed while Deputy Seymour was conducting other duties for the LMPD. He clearly sought to avoid taking this action. He himself is a dog owner.

The shooting of the dog took place where there were no other persons that were situated in the direction of the shot being fired, and no persons at this residence were injured or harmed. On the date in question, only Deputy Seymour and Sergeant Hogan of the SWAT Team had the clearest view of the dog. The Plaintiff, Nashayla Jones, was not present with the dog at this time. In this case, when the dog acted viciously to approaching SWAT Team members who were seeking to safely secure the site, and did not give its ground to commands and shouts, and ultimately to an NFDD deployed close to the dog, it left no reasonably available alternative – in real time - to shooting the dog. SWAT Team operations depend on efficiency of movement. Efficiently, properly and safely securing the residence is very important to both the persons who are present at the residence and the members of the SWAT Team.

_____
Sergeant Christopher G. Eklund

Date: _2/28/2023_____

Respectfully submitted,

3

/s/ James M. Gary
James M. Gary
Seiller Waterman, LLC
Meidinger Tower, 22nd Floor
462 South Fourth Street
Louisville, Kentucky 40202
Direct dial: (502) 371-3538
Office dial: (502) 584-7400
jgary@derbycitylaw.com
jgary@weberrose.com

**Counsel for Defendants**

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy hereof was filed with the Clerk of the Court via the Court's CM/ECF/Pacer System, which will send electronic notification of such filing to the individuals listed for each party named in the above-styled case, and that a courtesy copy of same was emailed to Shaun A. Wimberly, Sr. on this 28th day of February, 2023.

/s/ James M. Gary
James M. Gary

4